# CJA PANEL
## Northern District of Mississippi

Revised 4.3.20

### ABERDEEN DIVISION

Robert W. Davis Jr.
Post Office Box 1525
Tupelo, MS 38802-1525
662-842-2222
ddavisbris@aol.com

Margaret S. Gratz
Post Office Box 7120
Tupelo, MS 38802-7120
662-842-3871
mgratz@mitchellmcnutt.com

### GREENVILLE DIVISION

John H. Daniels III
Post Office Box 560
Greenville, MS 38702
662-378-2626
jhdiii@suddenlinkmail.com

Whitman D. Mounger
Post Office Box 1123
Greenwood, MS 38935
662-453-7605
wdm@msdelta.com

### OXFORD DIVISION

Paul A. Chiniche
Post Office Box 1202
Oxford, MS 38655-0423
662-234-4319
pc@chinichelawfirm.com

Anthony L. Farese
Post Office Box 98
Ashland, MS 38603-0098
662-224-6211
tony@fareselaw.com

A. E. Harlow Jr.
1360 Sunset Drive, Suite 3
Grenada, MS 38901-2854
662-226-7215
rusty@harlowlawfirm.com

David G. Hill
Post Office Box 429
Oxford, MS 38655-0429
662-234-4315
dhill@hmlf.net

Thomas C. Levidiotis
Post Office Box 1617
Oxford, MS 38655
662-234-1070
tom@tomlevidiotis.com

Goodloe Lewis
Post Office Box 668
Oxford, MS 38655
662-234-4000
glewis@hickmanlaw.com

William F. Travis
8619 Highway 51 North
Southaven, MS 38671
662-393-9295
bill@southavenlaw.com

Victoria V. Washington
Post Office Box 2228
Southaven, MS 38671-2201
662-912-6927
vw@washingtonlawfirmpllc.com